826 A.2d 623

IN THE MATTER OF DOROTHY S. TAMBONI, AN ATTORNEY AT LAW (ATTORNEY NO. 053621991)

July 8, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–345 concluding that as a matter of reciprocal

discipline based on discipline imposed in New York, **DOROTHY S. TAMBONI** of **MIDDLE VILLAGE, NEW YORK,** who was admitted to the bar of this State in 1991, and who has been temporarily suspended from practice pursuant to *R.* 1:20–13(b) since April 12, 2000, should be suspended from the practice of law for a period of three years retroactive to the date of respondent's temporary suspension from practice in this State;

And respondent's discipline in New York having been based on her federal conviction of one count of witness tampering, in violation of 18 *U.S.C.A.* § 1512(b), conduct in violation of *RPC* 8.4(b)(criminal act that reflects adversely on lawyer's honesty, trustworthiness, or fitness as a lawyer);

And **DOROTHY S. TAMBONI** having been ordered to show cause why she should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **DOROTHY S. TAMBONI** is suspended from the practice of law for a period of three years and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that prior to reinstatement to practice, respondent shall demonstrate that she is fit to practice law, as attested to by a mental health professional approved by the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.